# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-0660

_____

JOSEPH BARNEY WAINWRIGHT, JR.,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.

October 16, 2024

PER CURIAM.

    As the circuit court directed a response to the motion pending below, the Court denies the petition for writ of mandamus. *See Munn v. Fla. Parole Comm'n,* 807 So. 2d 733 (Fla. 1st DCA 2002).

ROBERTS, KELSEY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Joseph Barney Wainwright, pro se, Petitioner.

Ashley Moody, Attorney General, and Trisha Meggs Pate, Bureau Chief, Tallahassee, for Respondent.